IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HENRY CRAFT,

    Petitioner,                       No. CIV S-07-1484 LKK EFB P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.                  ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' April 8, 2008, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: May 8, 2008.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE