IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY CRAFT, | 2:07-cv-01484-RCT |
| Petitioner, | |
| vs. | |
| JAMES YATES, et al., | <u>ORDER</u> |
| Respondents. | |
| _____ / | |

    Respondents are ordered to submit to the Court a color copy of the photographic lineup viewed by Yobana and Lillian Campuzano.  *See* Lodged Doc. No. 14.  Respondents are to comply with this order within 14 days of its filing.

IT IS SO ORDERED.

DATED: this 15th day of September, 2009, at Seattle, Washington

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation