IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENRY CRAFT, | 2:07-cv-01484-RCT |
| Petitioner, | |
| vs. | |
| JAMES YATES, et al., | |
| Respondents. | |
| _____ / | JUDGMENT |

Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

DATED this 22nd day of October, 2009.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by designation